UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROLANNE ROWE** | Case No.: 3:2023cv00599(VAB) |
| **Plaintiff** | |
| **V.** | |
| **LAWRENCE G. SANTILLI, ET AL.** | |
| **Defendant** | SEPTEMBER 6, 2023 |

## APPEARANCE OF COUNSEL

To: The Clerk of this court and all parties of record, please enter my appearance in this case as counsel for the following Defendants, Lawrence G. Santilli; Athena Health Care Systems, Inc.; Athena Health Care Associates, Inc.

                                      THE DEFENDANT
                                      LAWRENCE G. SANTILLI;
                                      ATHENA HEALTH CARE SYSTEMS, INC.;
                                      ATHENA HEALTH CARE ASSOCIATES, INC.

                                      /s/ Christopher L. Wagner
By:                               _____
                                      CHRISTOPHER L. WAGNER (CT 31469)
                                      HEIDELL, PITTONI, MURPHY & BACH, LLP
                                      2 Corporate Drive, Ste 444
                                      Shelton, CT 06484

                                      Telephone: 203-382-9700
                                      Facsimile: 203-382-9730
                                      E-mail: cwagner@hpmb.com

## **CERTIFICATE OF SERVICE**

The undersigned counsel for defendant hereby certifies that on this 6th day of September, 2023 a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher L. Wagner
_____
CHRISTOPHER L. WAGNER (CT 31469)
HEIDELL, PITTONI, MURPHY & BACH, LLP
2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com