UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CAROLANNE ROWE, | ) | Case No. 3:23-CV-00599-VAB |
| Plaintiff | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| Lawrence G. Santilli, ET AL. | ) | OCTOBER 29, 2023 |
| Defendant | ) | |

MOTION FOR ENLARGEMENT OF TIME-RESET OF DEADLINES ORDER UNTIL
AFTER JANUARY 1, 2024

The Plaintiff respectfully requests the Court to re-set and establish a new Order on Pretrial

Deadlines.  The parties have not as of yet conferred as required under Fed. R. Civ. P. 26(f) as a

result of the Defendants appearances not being filed until October 3, 2023 and September 6, 2023.

No prejudice will be caused upon the Defendants or the Plaintiff if the Deadlines are extended

until after January 1, 2024.


By,

Carolanne Rowe

Fiduciary for the Plaintiff, Bernadette Noga

/s/ Carolanne Rowe, Attorney
Carolanne Rowe, Juris No. 430059
219 Squaw Roack Road
Moosup, CT 06354
860-428-7827 (Cell)
AttorneyRowe@yahoo.com


Dated:  October 29, 2023

1

**CERTIFICATION OF SERVICE**

The undersigned counsel for Plaintiff hereby certifies that on this the 29th day of October, 2023 a copy of the foregoing Motion-Request for Enlargement of Time Extension of Deadlines as filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's EM/ECF System.

By, The Fiduciary for the Plaintiff, Bernadette Noga

/s/ Carolanne Rowe, Attorney
Carolanne Rowe, Juris No. 430059
219 Squaw Roack Road
Moosup, CT 06354
860-428-7827 (Cell)
AttorneyRowe@yahoo.com

Dated:  October 29, 2023