# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROLANNE ROWE** | Case No.: 3:2023cv00599 |
| **Plaintiff** | |
| V. | |
| **LAWRENCE G. SANTILLI, ET AL.** | |
| **Defendant** | DECEMBER 28, 2023 |

## MOTION TO DISMISS

Pursuant to CT R USDCT L.Civ.R 7(a)(1) the defendants Lawrence G. Santilli; Athena Healthcare Systems Inc., Athena Healthcare Associates Inc., and Webster Manor Rehabilitation and Healthcare Center ("Defendants") hereby submit this Motion to Dismiss Plaintiff's, Carolanne Rowe, Complaint pursuant to: 1) Federal Rules of Civil Procedure 12(b)(1); 2) Federal Rules of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted for alleged violations of 42 U.S.C. §§ 1983, 1985, 1988, and for alleged violations of the Fourth Fifth and Fourteenth Amendments to the United States Constitution; and 3) Federal Rules of Civil Procedure 12(b)(1) as the Court should decline to accept supplemental jurisdiction over all of the Massachusetts state law claims under 28 U.S.C. § 1367.

The Plaintiff has failed to plead or allege that any of the Defendants are state actors or that they were acting under the color of the law and failed to plead any facts that would

1

support such claims. Therefore, the Plaintiff has no cause of action under the aforementioned federal statutes or provisions of the United States Constitution and this District Court has no jurisdiction over the Defendants. Furthermore, as plead, there is not complete diversity between the parties in this case as Ms. Noga and Defendant Webster Manor Rehabilitation and Healthcare Center reside or are incorporated in Massachusetts, and Attorney Rowe and the Athena Defendants reside in or are incorporated in Connecticut. Therefore, this District Court has no diversity jurisdiction in this case. Furthermore, as this District Court never had original jurisdiction over any of the plaintiffs claims supplemental jurisdiction is inapplicable, however, even if this court finds that it did have original jurisdiction over one of the plaintiff's claims it should decline to accept supplemental jurisdiction over the plaintiff's pendent Massachusetts state law claims as they would be best and most fairly brought in the state of Massachusetts.

For all of the foregoing reasons, the undersigned Defendants respectfully request that this Court grant their motion and dismiss Plaintiff's complaint under Rules 12(b)(1) and (6).

                            THE DEFENDANTS:
                            LAWRENCE G. SANTILLI;
                            ATHENA HEALTHCARE ASSOCIATES INC.;
                            ATHENA HELATH CARE SYSTEMS INC.; AND
                            WEBSTER MANOR REHABILITATION AND
                            HEALTHCARE CENTER

                            /s/ Christopher L. Wagner
By:                         _____
                            CHRISTOPHER L. WAGNER (CT 31469)
                            HEIDELL, PITTONI, MURPHY & BACH, LLP

2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for defendant hereby certifies that on this 28th day of December 2023, a copy of the foregoing Motion to Dismiss was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher L. Wagner
_____
CHRISTOPHER L. WAGNER (CT 31469)
HEIDELL, PITTONI, MURPHY & BACH, LLP
2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com