## Exhibit 2

## Order Appointing Laura Larose as Ms. Noga's Conservator

| ORDER APPOINTING TEMPORARY CONSERVATOR FOR | Docket No. | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| ☒ ADULT          ☐ MINOR | 19P2611 | |

**In the Interests of:**

Bernadette _____ _____ Nogg _____     Worcester _____ Division
First Name     Middle Name     Last Name

**Protected Person**

After hearing on the Motion for Appointment of Temporary Conservator(s),

**The Court finds:**

1. Venue is proper.

2. Notice pursuant to G.L. c. 190B, §5-412A(d) was:

   ☒ Properly given.

   ☐ Shortened or waived in whole or in part because the Court finds that an immediate emergency situation exists which requires the immediate appointment of a Temporary Conservator(s) pursuant to G.L. c. 190B, §5-412A(e). The nature of the emergency is the likelihood of immediate and substantial harm to property, income or entitlements of the Protected Person or those entitled to the Protected Person's support or:

3. A qualified person seeks appointment.

4. It is necessary to appoint a Temporary Conservator(s) for the Protected Person because of the likelihood of substantial harm to the property, income or entitlements of the Protected Person or those entitled to the Protected Person's support occurring prior to the return date. There is no other conservator appointed and no other person appears to have authority to act in the circumstances.

5. The Protected Person ☒ was ☐ was not present.

   ☐ The Protected Person is a minor over the age of 14 who requested to be present but the Court finds that the nonappearance of the minor Protected Person is in his or her best interest because the appearance of the minor would unnecessarily or inappropriately expose the minor to details regarding the parent(s)' fitness or because:

The Court appoints the following person(s) as Temporary Conservator(s) of the Protected Person (hereafter "Temporary Conservator") who is ☐ a minor ☐ a disabled person .

1. Name: Laura _____ _____ Larose, Esq .
   First Name     M.I.     Last Name

   81 Merriam Ave _____ _____ Leominster MA 01453
   (Address )     (Apt, Unit, No. etc.)     (City/Town)   (State)   (Zip)

   Primary Phone #: 978.534.3912

2. Name: _____ _____ _____
   First Name     M.I.     Last Name

   _____ _____ _____
   (Address )     (Apt, Unit, No. etc.)     (City/Town)   (State)   (Zip)

   Primary Phone #: _____

5-22-2020

**THIS APPOINTMENT OF TEMPORARY CONSERVATOR(S) IS NOT A DETERMINATION OF INCAPACITY OR DISABILITY.**

MPC 630 (5/30/11) (45)     12-19-2019   3-24-2020   ORIGINAL   page 1 of 3
CS   10/18/19   1-8-2020

| | Docket No. |
|---|---|
| In the Interests of: _____ _____ _____ <br> First Name    Middle Name    Last Name | |

The Temporary Conservator may exercise only the powers specified in this order. The powers of the Temporary Conservator are as follows:

1. ☐ The Temporary Conservator(s) may only exercise the following powers:

2. ☒ The powers and duties of the Temporary Conservator are all powers over the property and business affairs of the Protected Person which are or may be necessary in the best interests of the Protected Person and the Protected Person's immediate family pursuant to G.L. c. 190B, §§ 5-423(c) (1-7) & (14-24). These powers ☒ are not limited.

   ☐ are limited as set forth in Exhibit A which is incorporated and merged herein and which detail those powers retained by the protected person

The Court orders the following:

1. **If this Order was issued without full notice, post-appointment notice must be given together with a statement that the appointment may be vacated and heard as a *de novo* matter as expeditiously as possible. Said notice must be given within seven days from the date of this appointment to the Protected Person and those persons named in the petition who were not previously given notice in accordance with G.L. c. 190B, §5-308(c). A certification stating such notice has been given must be filed within seven days of the appointment or the appointment may be vacated *sua sponte*.**

2. ☒ The Court has appointed counsel for the Protected Person.  See separate Order Appointing Counsel.

3. The Temporary Conservator(s) shall serve:

   ☒ without surety on his, her or their bond:

      ☐ because the person has a priority of appointment under G.L. c. 190B, §5-409(a)(1) and the person nominating the conservator expressly waived the requirement.

      ☐ for the following good cause:

      ☐ with personal sureties or corporate surety on his, her or their bond in the amount of _____
      pursuant to G.L. c. 190B, §5-410.

      **NO LETTERS OF CONSERVATORSHIP SHALL ISSUE UNTIL THE BOND IS FILED AND APPROVED.**

4. The Temporary Conservator shall file for approval with the Court a Temporary Conservator's Inventory within ninety (90) days of this appointment ~~or by~~ _____ (date within 90 days from appointment).
   <br> (date)

   The Temporary Conservator shall file for approval with the Court a Temporary Conservator's Account for the time of the temporary appointment but no later than annually from the date of this appointment unless otherwise ordered by the Court.

   Forms are available at the Court's Registry office or online at the Court's Web site:
   **http://www.mass.gov/courts/forms**

MPC 630 (5/30/11)                                                                 page  2  of  3

| In the Interests of: _Bernadette_ _____ _Noga_ | Docket No. |
|---|---|
| First Name          Middle Name          Last Name | 19P2611 |

5. ☐ The Temporary Conservator(s) shall make the following report to the Court:

6. This appointment of the Temporary Conservator(s) shall expire 90 days from today or on _____ .
   (Date)

   If this date is more than 90 days from the date of appointment, the Court finds the following extraordinary circumstances warrant a later date:

7. A _further_ hearing shall be held on this matter on _11/5/19_ at _9 : 00_ ☒a.m. ☐p.m.
   at the _Worcester_ Probate and Family Court.

8. ☐ The parties shall comply with a stipulation or agreement of the parties dated _____
   (date)
   which is filed with the Court and expressly made a part of this Order.

9. The Court further orders:

Date _8/15/19_                                   _[signature]_
                                                 JUSTICE OF THE PROBATE AND FAMILY COURT

## EXTENSION(S) OF APPOINTMENT

For good cause shown, the appointment of the Temporary Conservator(s) is extended for an additional period of time and shall expire on _12/19/19_ .
   Date

A _further_ hearing shall be held on this matter on _12/19/19_ at _9 : 00_ ☒a.m. ☐p.m.
at the _Worcester_ Probate and Family Court.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _10/17/19_                                  _[signature]_
                                                 JUSTICE OF THE PROBATE AND FAMILY COURT

For good cause shown, the appointment of the Temporary Conservator(s) is extended for an additional period of time and shall expire on _1-8-20_ .
   Date

A _further_ hearing shall be held on this matter on _1-8-20_ at _9 : 00_ ☒a.m. ☐p.m.
at the _Worcester_ Probate and Family Court.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _12/19/19_                                  _[signature]_
                                                 JUSTICE OF THE PROBATE AND FAMILY COURT

MPC 630 (5/30/11)                                                          page   3   of   3

| In the Interests of: | | | Docket No. |
|---|---|---|---|
| First Name | Middle Name | Last Name | 19P2L11 |

## EXTENSION OF APPOINTMENT OF TEMPORARY CONSERVATOR

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _Laura Larose, Esq_ 
(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _2/26/20_ Date

A _Further_ hearing shall be held on this matter on _2/26/20_ Date

at _9_ : _00_ ☒ a.m. ☐ p.m.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _1/8/20_

JUSTICE OF THE PROBATE AND FAMILY COURT

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _Laura Larose, Esq_
(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _3/20/20_ Date

A _Further_ hearing shall be held on this matter on _3/20/20_ Date

at _9_ : _00_ ☒ a.m. ☐ p.m.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _2/26/20_

JUSTICE OF THE PROBATE AND FAMILY COURT

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _Laura Larose, Esq_
(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _5-19-20_ Date

A _Further_ hearing shall be held on this matter on _5-19-20_ Date

at _9_ : _00_ ☒ a.m. ☐ p.m.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _3/18/20_

JUSTICE OF THE PROBATE AND FAMILY COURT

MPC 630A (5/30/11)  ORTX

Extension Page

| In the Interests of: | _Bernadette_ | | _Noga_ | Docket No. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | _19 Pd611_ |

## EXTENSION OF APPOINTMENT OF TEMPORARY CONSERVATOR

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _Temporary Conservator_

(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _7/7/20_

Date

A _Further_ hearing shall be held on this matter on _7/7/20_

Date

at _9_ : _00_ ☒a.m. ☐p.m. _Extended administratively per Covid SO 2-20 as amended._

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _5/19/20_          _Pat M Bailey_

JUSTICE OF THE PROBATE AND FAMILY COURT

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _____

(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _____

Date

A _____ hearing shall be held on this matter on _____

Date

at _____ : _____ ☐a.m. ☐p.m.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _____

JUSTICE OF THE PROBATE AND FAMILY COURT

### EXTENSION OF APPOINTMENT

For good cause shown, the appointment of _____

(name)

Temporary Conservator(s) is extended for an additional period of time and shall expire on _____

Date

A _____ hearing shall be held on this matter on _____

Date

at _____ : _____ ☐a.m. ☐p.m.

The Bond of the Temporary Conservator(s) is hereby re-examined and re-approved.

Date _____

JUSTICE OF THE PROBATE AND FAMILY COURT

MPC 630A (5/30/11)  ORTX                                                  Extension Page