# Exhibit 3

# Massachusetts Case 2085CV00162 Details and Dismissal

# 2085CV00162 Noga, Bernadette et al vs. Athena Health Care, Inc et al

- Case Type
- Administrative Civil Actions
- Case Status
- Open
- File Date
- 02/10/2020
- DCM Track:
- A - Average
- Initiating Action:
- Civil Rights Act, G.L. c. 12 § 11H
- Status Date:
- 02/10/2020
- Case Judge:
- 
- Next Event:
- 

All Information | Party | Event | Tickler | Docket | Disposition

## Party Information

**Noga, Bernadette**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Norris, Ellen**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Pro Se
- Bar Code
- PROPER
- Address
- Phone Number

More Party Information

**Athena Health Care, Inc**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Ferguson, Esq., David Kevin
- Bar Code
- 628365
- Address
- David K Ferguson Law Offices
  129 Pleasant St
  Worcester, MA  01609
- Phone Number
- (508)852-5387

More Party Information

**Rushton, Frederick C.**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Pro Se

- Bar Code
- PROPER
- Address
- Phone Number

[More Party Information]

## Webster Manor, Inc.
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Ferguson, Esq., David Kevin<br>Bar Code<br>628365<br>Address<br>David K Ferguson Law Offices<br>129 Pleasant St<br>Worcester, MA  01609<br>Phone Number<br>(508)852-5387 |

[More Party Information]

## Santilli, Lawrence G.
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Ferguson, Esq., David Kevin<br>Bar Code<br>628365<br>Address<br>David K Ferguson Law Offices<br>129 Pleasant St<br>Worcester, MA  01609<br>Phone Number<br>(508)852-5387 |

[More Party Information]

## Gomes, Katrina
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Ferguson, Esq., David Kevin<br>Bar Code<br>628365<br>Address<br>David K Ferguson Law Offices<br>129 Pleasant St<br>Worcester, MA  01609<br>Phone Number<br>(508)852-5387 |

[More Party Information]

## Beaudette, Corey
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Ferguson, Esq., David Kevin<br>Bar Code<br>628365<br>Address<br>David K Ferguson Law Offices<br>129 Pleasant St<br>Worcester, MA  01609<br>Phone Number<br>(508)852-5387 |

[More Party Information]

## Collins, Audra
- Defendant

| Alias | Party Attorney |
|---|---|
| | Attorney<br>Yanoff, Esq., Warren M<br>Bar Code<br>536280<br>Address |

- 19 Cedar St
  Worcester, MA  01609
- Phone Number
- (508)797-4755

[More Party Information]

**Larose, Laura**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Pro Se<br>- Bar Code<br>- PROPER<br>- Address<br>- Phone Number |

[More Party Information]

**Palmaccio, Anita**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Mannix, Esq., Michelle<br>- Bar Code<br>- 564670<br>- Address<br>- Michelle A. Mannix, Esq.<br>  PO Box 637<br>  Lancaster, MA  01523<br>- Phone Number<br>- (617)593-5298<br>- Attorney<br>- Pro Se<br>- Bar Code<br>- PROPER<br>- Address<br>- Phone Number |

[More Party Information]

**Davidson, Patricia**
- Defendant

| Alias | Party Attorney |
|---|---|
|  | - Attorney<br>- Mirick, Esq., John O<br>- Bar Code<br>- 349240<br>- Address<br>- Mirick O'Connell Demallie & Lougee, LLP<br>  100 Front St<br>  Worcester, MA  01608<br>- Phone Number<br>- (508)791-8500 |

[More Party Information]

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 02/19/2020 10:00 AM | Civil B | WOR-4th FL, CR19 (SC) | Motion Hearing | Ricciardone, Hon. David | Held as Scheduled |

## Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 02/10/2020 | 05/11/2020 | 91 | 02/24/2020 |
| Answer | 02/10/2020 | 06/09/2020 | 120 | 02/24/2020 |
| Rule 12/19/20 Served By | 02/10/2020 | 06/09/2020 | 120 | 02/24/2020 |
| Rule 12/19/20 Filed By | 02/10/2020 | 07/09/2020 | 150 | 02/24/2020 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 12/19/20 Heard By | 02/10/2020 | 08/10/2020 | 182 | 02/24/2020 |
| Rule 15 Served By | 02/10/2020 | 04/05/2021 | 420 | 02/24/2020 |
| Rule 15 Filed By | 02/10/2020 | 05/05/2021 | 450 | 02/24/2020 |
| Rule 15 Heard By | 02/10/2020 | 05/05/2021 | 450 | 02/24/2020 |
| Discovery | 02/10/2020 | 01/31/2022 | 721 | 02/24/2020 |
| Rule 56 Served By | 02/10/2020 | 03/01/2022 | 750 | 02/24/2020 |
| Rule 56 Filed By | 02/10/2020 | 03/31/2022 | 780 | 02/24/2020 |
| Final Pre-Trial Conference | 02/10/2020 | 07/29/2022 | 900 | 02/24/2020 |
| Judgment | 02/10/2020 | 02/09/2023 | 1095 | 02/24/2020 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 02/10/2020 | Attorney appearance<br>On this date Pro Se added for Plaintiff Bernadette Noga | |
| 02/10/2020 | Attorney appearance<br>On this date Pro Se added for Plaintiff Ellen Norris | |
| 02/10/2020 | Case assigned to:<br>DCM Track A - Average was added on 02/10/2020 | |
| 02/10/2020 | Petition for Writ of Habeas Corpus | 1 |
| 02/10/2020 | Civil action cover sheet filed. | 2 |
| 02/10/2020 | Endorsement on Petition for Writ of Habeas Corpus (#1.0): Summons and Order of Notice to issue<br>Returnable in Room 19 February 19, 2020 at 10:00am.<br><br>Judge: Ricciardone, Hon. David | |
| 02/13/2020 | Received from<br>Defendant Palmaccio, Anita: Answer to original complaint; | 3 |
| 02/13/2020 | Attorney appearance<br>On this date Pro Se added for Defendant Anita Palmaccio | |
| 02/14/2020 | Defendant Patricia Davidson's Notice of<br>Motion to Dismiss | 4 |
| 02/14/2020 | Attorney appearance<br>On this date John O Mirick, Esq. added for Defendant Patricia Davidson | |
| 02/19/2020 | Event Result::  Motion Hearing scheduled on:<br>    02/19/2020 10:00 AM<br>Has been: Held as Scheduled<br>Comments: FTR 19<br>Hon. David Ricciardone, Presiding<br>Staff:<br>    Gail Dempsey, Assistant Clerk Magistrate<br>    Dixie L Williams, Assistant Clerk Magistrate | |
| 02/19/2020 | Attorney appearance<br>On this date Warren M Yanoff, Esq. added for Defendant Audra Collins | |
| 02/19/2020 | Attorney appearance<br>On this date David Kevin Ferguson, Esq. added for Defendant Athena Health Care, Inc | |
| 02/19/2020 | Attorney appearance<br>On this date David Kevin Ferguson, Esq. added for Defendant Webster Manor, Inc. | |
| 02/19/2020 | Attorney appearance<br>On this date David Kevin Ferguson, Esq. added for Defendant Lawrence G. Santilli Individually and in his/her capacity President-Director | |
| 02/19/2020 | Attorney appearance<br>On this date David Kevin Ferguson, Esq. added for Defendant Katrina Gomes Individually and in his/her capacity Personal Representative-Agent | |

| Docket Date | Docket Text | File Ref Nbr. |
|---|---|---|
| 02/19/2020 | Attorney appearance<br>On this date David Kevin Ferguson, Esq. added for Defendant Corey Beaudette Individually and in his/her capacity Personal Representative-Agent | |
| 02/19/2020 | Attorney appearance<br>On this date Pro Se added for Defendant Frederick C. Rushton | |
| 02/19/2020 | Attorney appearance<br>On this date Michelle Mannix, Esq. added for Defendant Anita Palmaccio | |
| 02/19/2020 | Attorney appearance<br>On this date Pro Se added for Defendant Laura Larose | |
| 02/21/2020 | Endorsement on Petition for Write of Habeas Corpus (#1.0): Other action taken<br>After hearing, DISMISSED BY THE COURT, for the following reasons: this process is normally reserved for post-conviction relief; Ella Norris, a non-attorney, seeks to represent the interests of Bernadette Noga; and finally, the Probate and Family Court, having primary jurisdiction over this matter, has yet to reach a final adjudication on the merits of any controversy involved. Notices mailed 2/24/2020<br><br>Judge: Ricciardone, Hon. David | |
| 02/24/2020 | JUDGMENT on the Pleadings entered:<br><br>After hearing and consideration thereof;<br><br>It is ORDERED and ADJUDGED:<br>the petition for writ of Habeas Corpus is dismissed by the Court. Entered and Copies mailed 2/24/2020 | 5 |

### Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Disposed by Court Finding | 02/24/2020 | |