UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROLANNE ROWE**<br><br>　　　　　　**Plaintiff**<br>**V.**<br><br>**LAWRENCE G. SANTILLI, ET AL.**<br><br>　　　　　　**Defendant** | Case No.: 3:2023cv00599<br><br><br><br><br><br>DECEMBER 28, 2023 |

### MOTION TO DISQUALIFY

Pursuant to CT R USDCT L.Civ.R 7(a)(1) the defendants Lawrence G. Santilli; Athena Healthcare Systems Inc., Athena Healthcare Associates Inc., and Webster Manor Rehabilitation and Healthcare Center ("Defendants") hereby submit this Motion to Disqualify Attorney Carolanne Rowe as Bernadette Noga's counsel.

Attorney Rowe is the Conservator for Ms. Noga and has brought this action in her capacity as Ms. Noga's Conservator. By doing so, Attorney Rowe has violated Rule 3.7 of the Connecticut Rules of Professional Conduct and Local Federal Rule 83.13. A review of the elements to be considered makes it inappropriate for Attorney Rowe to remain as counsel. She will be presenting facts and vouching for her own credibility relative to the claims in the case. All of the "Facts" in paragraphs sixteen through forty of the Complaint are at issue in the case and involve Ms. Noga. Attorney Rowe cannot act in the dual role of both presenting Ms. Noga's factual position while advocating for her as counsel.

1

Defense counsel will also have to examine Attorney Rowe as the plaintiff in the case on these disputed facts concerning the care. Lastly, as counsel Attorney Rowe owes a duty of loyalty and fidelity to her client and cannot be an unbiased witness. Practically speaking, the defendants are likely to be in an untenable position with the plaintiff's lawyer acting in her capacity as the plaintiff/client in the case. Whether Ms. Noga's interests are truly even being considered may be in serious doubt as she is two steps removed from the process being that the person appointed as her conservator is also making litigation decisions as the lawyer on behalf of herself as conservator. It will present a truly bizarre state of facts that raises serious questions as to what the lawsuit is accomplishing and whether what is ostensibly occurring in Ms. Noga's name is appropriate. Inevitably, if Attorney Rowe is allowed to remain as Ms. Noga's counsel it will lead to a taint of discovery and trial.

### IV.   CONCLUSION

For the foregoing reasons, the Defendants hereby respectfully request that the Court disqualify Attorney Carolanne Rowe, and order that the Plaintiff retain new counsel prior to this case progressing.

>
> THE DEFENDANTS:
> LAWRENCE G. SANTILLI;
> ATHENA HEALTHCARE ASSOCIATES INC.;
> ATHENA HELATH CARE SYSTEMS INC.; AND
> WEBSTER MANOR REHABILITATION AND
> HEALTHCARE CENTER
>
> /s/ Christopher L. Wagner
> By: _____
> CHRISTOPHER L. WAGNER (CT 31469)
> HEIDELL, PITTONI, MURPHY & BACH, LLP

                        2 Corporate Drive, Ste 444
                        Shelton, CT 06484

                        Telephone: 203-382-9700
                        Facsimile: 203-382-9730
                        E-mail: cwagner@hpmb.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for defendant hereby certifies that on this 28th Day of December 2023, a copy of the foregoing Motion to Disqualify was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher L. Wagner
_____
CHRISTOPHER L. WAGNER (CT 31469)
HEIDELL, PITTONI, MURPHY & BACH, LLP
2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com