### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CAROLANNE ROWE** | Case No.: 3:2023cv00599 |
| Plaintiff | |
| V. | |
| **LAWRENCE G. SANTILLI, ET AL.** | |
| Defendant | DECEMBER 28, 2023 |

### MOTION TO STAY FURTHER DISCOVERY

The Defendants Lawrence G. Santilli, Athena Healthcare Associates Inc., Athena Healthcare Systems Inc., and Webster Manor Rehabilitation and Healthcare Center hereby move Pursuant to Fed. R. Civ. P. 26(c), to stay all further discovery pending the Court's ruling on the Defendants' Motions to Dismiss (Docket #13) and Motion to Disqualify (Docket #14). In support of this motion to stay, the Defendants file herewith and incorporate by reference a Memorandum of Law in Support of Motion to Stay Discovery.

WHEREFORE, the Defendants respectfully request that the Court grant their Motion to Stay Further Discovery.

        THE DEFENDANTS:
        LAWRENCE G. SANTILLI;
        ATHENA HEALTHCARE ASSOCIATES INC.;
        ATHENA HELATHCARE SYSTEMS INC.; AND
        WEBSTER MANOR REHABILITATION AND
        HEALTHCARE CENTER

By:    /s/ Christopher L. Wagner
_____
CHRISTOPHER L. WAGNER (CT 31469)
HEIDELL, PITTONI, MURPHY & BACH, LLP
2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com

**CERTIFICATE OF SERVICE**

The undersigned counsel for defendant hereby certifies that on this 28th Day of December 2023, a copy of the foregoing Motion to Stay Further Discovery was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties of record listed below by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Christopher L. Wagner
_____
CHRISTOPHER L. WAGNER (CT 31469)
HEIDELL, PITTONI, MURPHY & BACH, LLP
2 Corporate Drive, Ste 444
Shelton, CT 06484

Telephone: 203-382-9700
Facsimile: 203-382-9730
E-mail: cwagner@hpmb.com