onlineBusinessSearch

# 22 results found

Select filter(s)

## Businesses

Sort by: Business Name

---

US-CT.BER:0737908

### J. CHAKALOS INVESTMENTS, LLC

**DISSOLVED**

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032

Principal(s)
THE ESTATE OF JOHN C. CH

Agent
RONALD C. SHARP

---

US-CT.BER:0525075

### SOUTHINGTON LIMITED PARTNERSHIP OF QUEEN STREET

**CANCELLED**

📍 300 QUEEN STREET, SOUTHINGTON, CT, 06489

Principal(s)
LAWRENCE G. SANTILLI

Agent
MARK H. QUATTRO, P.C.

onlineBusinessSearch

US-CT.BER:2647140

# LGSantilli LLC

**DISSOLVED**

135 SOUTH ROAD, FARMINGTON, CT, 06032, UNITED STATES

Principal(s)
LAWRENCE G. SANITLLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:1296654

# HAMDEN HOLDINGS LLC

**DISSOLVED**

135 SOUTH ROAD, FARMINGTON, CT, 06032

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:0762712

# HALEY HEIGHTS, LLC

**DISSOLVED**

135 SOUTH ROAD C/O CHAKALOS MANAGEMENT, LLC, FARMINGTON, CT, 06032

Principal(s)
VALERIE C. SANTILLI

Agent
ELLIOT B. POLLACK

---

US-CT.BER:2538450

# Athena RI Master Tenant 2022 LLC

**ACTIVE**

5/24, 10:55 AM  onlineBusinessSearch

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, UNITED STATES

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:2538378  ACTIVE

## Athena CT Master Tenant II 2022 LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, UNITED STATES

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:2538353  ACTIVE

## Athena CT Master Tenant 2022 LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, UNITED STATES

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

1  2  3  >

## 22 results found

Select filter(s)

## Businesses

Sort by: Business Name

---

US-CT.BER:2538342                                                ACTIVE

### Athena MA Master Tenant 2022 LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, UNITED STATES

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:2407184                                                ACTIVE

### ATHENA MASTER TENANT III LLC

📍 135 SOUTH RD, FARMINGTON, CT, 06032, United States

Principal(s)
LAWRENCE SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:1244626                                                ACTIVE

1/5/24, 10:55 AM                                                          onlineBusinessSearch

## ATHENA MONTOWESE SNF LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
LAWRENCE G. SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:0530141                                                          ACTIVE

## CONNECTICUT HEALTH CENTER OF TORRINGTON, LIMITED PARTNERSHIP

📍 C/O ATHENA HEALTH CARE SYSTEMS 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
ROBERTS STREET, INC.

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:0524685                                                          ACTIVE

## CONNECTICUT HEALTH CENTER OF MIDDLETOWN, LIMITED PARTNERSHIP

📍 C/O ATHENA HEALTH CARE ASSOCIATES, INC. 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
BOSTON ROAD, INC.

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:0298782                                                          ACTIVE

## BOSTON ROAD, INC.

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

**Principal(s)**
LAWRENCE SANTILLI

MICHAEL E. MOSIER

**Agent**
MCR&P SERVICE CORPORATION

---

US-CT.BER:0298780                                           ACTIVE

## ROBERTS STREET, INC.

📍 C/O ATHENA HEALTH CARE SYSTEMS 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

**Principal(s)**
LAWRENCE G. SANTILLI

MICHAEL E. MOSIER

**Agent**
MCR&P SERVICE CORPORATION

---

US-CT.BER:0204464                                           ACTIVE

## WADSWORTH GLEN, INC.

📍 C/O ATHENA HEALTH CARE SYSTEMS 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

**Principal(s)**
LAWRENCE SANTILLI

MICHAEL E. MOSIER

**Agent**
MCR&P SERVICE CORPORATION

## 22 results found

Select filter(s)

## Businesses

Sort by: Business Name

---

**US-CT.BER:1308739**                                          FORFEITED

### ATHENA BEACON BROOK LANDLORD LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

**Principal(s)**
LAWRENCE G. SANTILLI

**Agent**
MCR&P SERVICE CORPORATION

---

**US-CT.BER:1244628**                                          ACTIVE

### MONTOWESE LANDLORD LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

**Principal(s)**
LAWRENCE G. SANTILLI

**Agent**
MCR&P SERVICE CORPORATION

---

**US-CT.BER:1033424**                                          ACTIVE

## SOUTH ROAD OF FARMINGTON LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
LAWRENCE G. SANTILLI

VALERIE SANTILLI

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:1007184                                                                 ACTIVE

## LAURELRIDGE LANDLORD, LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
LAURELRIDGE LANDLORD MANAGER, LLC

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:1007180                                                                 ACTIVE

## BAYVIEW LANDLORD, LLC

📍 135 SOUTH ROAD, FARMINGTON, CT, 06032, United States

Principal(s)
BAYVIEW LANDLORD MANAGER, LLC

Agent
MCR&P SERVICE CORPORATION

---

US-CT.BER:0161531                                                                 ACTIVE

## ATHENA HEALTH CARE ASSOCIATES, INC.

📍 135 SOUTH ROAD SUITE 1, FARMINGTON, CT, 06032, United States

onlineBusinessSearch

Principal(s)

LAWRENCE G SANTILLI

MICHAEL E. MOSIER

Agent

MCR&P SERVICE CORPORATION

< 1 2 3